UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:22-cv-02342-TPB-SPF

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 47.196.159.240 an individual,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 47.196.159.240, are voluntarily dismissed without prejudice.

Dated: January 3, 2023

Respectfully submitted,

**MAMONE VILLALON**
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

By:  /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
100 SE 2nd St. Suite 2000
Miami, FL 33131
tyler@mvlawpllc.com
Tel.: (786) 209-2379